# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                            **Case Number** 16−35182−KLP
Felipe Alberto Ruiz                         **Chapter** 13
                                                                   **Judge** Keith L. Phillips

                                            Debtor(s)

**To:** Jeremy Calvin Huang

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*28* – Notice of Suspension of Plan Payments (Re: related document(s)2 Chapter 13 Plan and Related Motions filed by Felipe Alberto Ruiz) filed by Jeremy Calvin Huang of CHADWICK WASHINGTON, et al. on behalf of Felipe Alberto Ruiz. (Huang, Jeremy)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before **10/16/20.** Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed*.

### REPRESENTATION AND APPEARANCES:
- _ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- _ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- _ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- _ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

### REQUIREMENT OF FORM:
- _ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- _ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable.*  Case name and/or number do not match on paper submitted.
- _ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A).
- _ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
   - _ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
   - _ *if amendment to petition, lists or *schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
   - _ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- _ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **X** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- _ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- _ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090−1]
- _ *Amended schedules do not include Form 106Dec – Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

Date:  October 2, 2020                                                Clerk, United States Bankruptcy Court

                                                                       By /s/ Nathaniel Bullock, Deputy Clerk
[defntcvNov2019.jsp]                                              Direct Dial Telephone No. (804) 916−2428