## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **FELIPE RUIZ** ) | |
| ) | **Case No. 16-35182-KLP** |
| ) | **Chapter 13** |
| **Debtor.** ) | |
| _____ ) | |

**NOTICE OF SUSPENSION OF PAYMENTS PURSUANT TO STANDING ORDER 20-24**

The Debtor, having certified to undersigned Counsel that he has been adversely impacted financially by the COVID-19 pandemic, hereby gives notice of the suspension of his Chapter 13 Plan payments for three (3) calendar months, beginning with the month of October 2020.

The Debtor will resume plan payments following the suspension period, which payments will continue until all payments due under the plan are completed, and the Chapter 13 Plan shall be automatically extended by the number of months stated above for the suspension.

Respectfully submitted this 5th day of October 2020.

By: /s/ Jeremy Huang
Jeremy Huang, VA Bar #76861
3201 Jermantown Road, Suite 600
Fairfax, Virginia 22030
(703) 755-0214
jhuang@lawfirmvirginia.com

SEEN AND AGREED:

/s/ Carl M. Bates
Carl Bates, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Notice was mailed to or electronically served by ECF on those the Chapter 13 Trustee and to all creditors and parties in interest at their respective addresses as listed on the mailing matrix maintained by the clerk of the court.

                                          By: /s/ Jeremy Huang
                                               Jeremy Huang